UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brandon Adams, | Case No.: 2:23-cv-0572-JAD-EJY |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Molly C. Dwyer, | [ECF Nos. 1, 6] |
| Defendant | |

The magistrate judge has screened Plaintiff Brandon Adams's complaint and recommends that it be dismissed because the named defendant, as a federal court employee, is immune from suit as a matter of law and because Adams's complaint is incoherent and fails to state any plausible claim for relief.[1] The deadline for Adams to object to that recommendation has expired, and he neither objected nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED** in its entirety. **This case is DISMISSED with prejudice** for the reasons stated in that report, plaintiff's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED** as moot, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 17, 2023

---

[1] ECF No. 6.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).